Phillip H. Stanfield, Bar #011729
David L. Stout, Jr., Bar #024857
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7877
pstanfield@jshfirm.com
dstout@jshfirm.com

Attorneys for Defendant Indian River
Transport Co.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| David Wilmes, individually and in his capacity as surviving husband of Jennifer Przygocki, decedent,<br><br>                      Plaintiff,<br><br>v.<br><br>Michael Binder and Jane Doe Binder, a married couple; Heritage Management Group, Inc., a Florida corporation, Indian River Transport, Co., a Florida corporation; John Does I-V; Jane Does I-V, fictitious individuals; ABC Corporations and/or Partnerships and/or Sole Proprietorships and/or Joint Ventures, I-X; fictitious entities,<br><br>                      Defendants. | NO.<br><br>**NOTICE OF REMOVAL** |

Defendant Indian River Transport, Co. ("Removing Defendant") hereby files the following Notice of Removal of this action, currently pending in the Superior Court of the State of Arizona, County of Maricopa, No. CV2019-091449, to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. As grounds for removal, Removing Defendant states as follows:

7608870.1

## PROCEDURAL HISTORY

1. The above-captioned case commenced when Plaintiff David Wilmes ("Plaintiff") filed a Complaint in Superior Court in and for Maricopa County, on February 5, 2019 (the "Complaint"). *See* Complaint, along with complete copy of Superior Court file, attached as Exhibit A.

2. Removing Defendant, through undersigned counsel, executed an Acceptance and Waiver of Service on April 18, 2019.

3. Service of process was completed as to Removing Defendant on April 18, 2019.

4. A responsive pleading on Removing Defendant's behalf has not yet been filed.

## TIMELINESS OF REMOVAL

5. Under 28 U.S.C. § 1446(b)(1), a notice of removal shall be filed within 30 days after the receipt by the defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

6. This Notice of Removal is filed within 30 days after the Complaint was served on Removing Defendant and, therefore, is timely. *See* 28 U.S.C. § 1446(b)(1).

7. A Notice of Filing Notice of Removal was filed with the Superior Court in and for Maricopa County. *See* Notice of Filing Notice of Removal (exclusive of exhibits), attached as Exhibit B.

## BASIS OF REMOVAL

8. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000.00 and there is complete diversity of citizenship. *See* 28 U.S.C. § 1332(a).

9. Plaintiff's Complaint is based on the wrongful death of Jennifer Przygocki – Plaintiff's wife. Plaintiff has designated his action as a Tier 3 case pursuant to Rule 26.2(b), Ariz.R.Civ.P. Tier 3 cases have a stated value that exceeds $300,000.

*See* Rule 26.2(c)(3)(C). The value of the wrongful death claim exceeds $75,000.00, thus the amount in controversy element is satisfied.

10. Removing Defendant is a corporation organized under the laws of Florida, and has a principal place of business in Winter Haven, Florida. It is thus considered a citizen of Florida.

11. Defendant Heritage Management Group, Inc.[1] is a corporation organized under the laws of Florida, and has a principal place of business in Winter Haven, Florida. It is thus considered a citizen of Florida.

12. Defendant Michael Binder, upon information and belief, resides in Lockhart, Texas, where he intends to remain. At the time of the accident, he resided in Palacios, Texas. He should thus be considered a citizen of Texas.

13. Pursuant to 28 U.S.C. § 1446(b)(2)(A), all defendants "who have been properly joined and served must join in or consent to the removal of the action" for all actions removed based on diversity of citizenship. Defendant Heritage Management Group, Inc. has not been properly joined and served, but undersigned counsel nonetheless has confirmed that it consents to removal of the action.

14. Defendant Michael Binder similarly has not been properly joined and served. Plaintiff's Counsel *might* believe Mr. Binder has been served pursuant to Rules 4.2(b)(1) and 4.1(d)(2), Ariz.R.Civ.P., by leaving the summons and complaint with Brandon Green – an individual residing at the Palacios, Texas address where Mr. Binder *formerly* resided. Upon information and belief, when Plaintiff's process server left the summons and complaint with Mr. Green, the Palacios, Texas address was not Mr. Binder's dwelling or usual place of abode. Undersigned Counsel has hired a private investigator who confirmed with Mr. Green that Mr. Binder no longer resides in Palacios, Texas, and instead has relocated to Lockhart, Texas. The private investigator is

---

[1] Undersigned counsel is working with Plaintiff's Counsel to dismiss Defendant Heritage Management Group, Inc. A stipulated dismissal as to that defendant *only* is expected to be filed in the near future.

attempting to locate Mr. Binder so that he can be served and file a responsive pleading in this action.

**WHEREFORE**, Removing Defendant requests that the above action now pending in the Superior Court in and for Maricopa County be removed to this Court.

DATED this 16th day of May 2019.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/David L. Stout, Jr.
    Phillip H. Stanfield
    David L. Stout, Jr.
    40 North Central Avenue, Suite 2700
    Phoenix, Arizona 85004
    Attorneys for Defendant Indian River Transport Co.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of May 2019, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

    Doug Settel
    Amanda L. Boardmam
    Goldberg & Osborn
    2815 South Alma School Road, #122
    Mesa, Arizona 85210
    Attorneys for Plaintiff

/s/Victoria G. Wells