# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.

| | |
|---|---|
| **Plaintiff**(s): David Wilmes | **Defendant**(s): Michael Binder ; Heritage Management Group, Inc. ; Indian River Transport Co. |
| County of Residence: Outside the State of Arizona | County of Residence: Outside the State of Arizona |
| County Where Claim For Relief Arose: Maricopa | |

Plaintiff's Atty(s):

Douglas L. Settel
Goldberg & Osborne
2815 S. Alma School Road, #122
Mesa, Arizona 85210
602-808-6300

Defendant's Atty(s):

David L. Stout Jr. ( Indian River Transport Co. )
Jones, Skelton & Hochuli
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
602-263-7384

Amanda L. Boardman
Goldberg & Osborne
2815 S. Alma School Road, #122
Mesa, Arizona 85210
602-808-6300

Phillip H. Stanfield ( Indian River Transport Co. )
Jones, Skelton & Hochuli
40 North Central Ave., Suite 2700
Phoenix, Arizona 85004
602-263-1700

**REMOVAL FROM MARICOPA COUNTY, CASE #CV2019-091449**

II. Basis of Jurisdiction:      4. Diversity (complete item III)

III. Citizenship of Principal Parties
(Diversity Cases Only)

Plaintiff:- 2 Citizen of Another State
Defendant:- 2 Citizen of Another State

IV. Origin :      2. Removed From State Court

<u>V. Nature of Suit</u>:  **350 Motor Vehicle**

<u>VI. Cause of Action:</u>  **28 USC 1332, 1441 and 1446 wrongful death action with the amount in controversy exceeding $75,000.; diversity**

<u>VII. Requested in Complaint</u>

    Class Action: **No**

    Dollar Demand:

    Jury Demand: **No**

<u>VIII. This case</u> **is not related** to another case.

---

**Signature:** <u>/s/David L Stout, Jr.</u>

    **Date:** <u>05-16-2019</u>

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

**Revised: 01/2014**