# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Wilmes, | No. CV-19-03184-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Binder, et al., | |
| Defendants. | |

The Court has received notice that this case has settled (Doc. 40). Accordingly,

**IT IS ORDERED** that the Clerk of Court shall, without further notice, **dismiss** this entire case on August 17, 2020, with prejudice, unless prior thereto a party withdraws the Notice of Pending Settlement. (Doc. 40.)

**IT IS FURTHER ORDERED** that the telephonic trial setting conference scheduled for July 29, 2020 is hereby **vacated**.

Dated this 17th day of July, 2020.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge