William W. Drury, #005238
John A. Klecan, #019159
Karl J. Gruse, #020170
RENAUD COOK DRURY MESAROS, PA
One North Central, Suite 900
Phoenix, Arizona 85004-4417
Telephone: (602) 307-9900
Facsimile: (602) 307-5853

E-mail:  docket@rcdmlaw.com
         wdrury@rcdmlaw.com
         jklecan@rcdmlaw.com
         kgruse@rcdmlaw.com

*Attorneys for Defendant Indian River Transport Co. and Michael Binder*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Wilmes, individually and in his capacity as surviving husband of Jennifer Przygocki, decedent,<br><br>Plaintiff,<br><br>v.<br><br>Michael Binder and Jane Doe Binder, a married couple; Heritage Management Group, Inc., a Florida corporation, Indian River Transport, Co., a Florida corporation; John Does I-V; Jane Does I-V, fictitious individuals; ABC Corporations and/or Partnerships and/or Sole Proprietorships and/or Joint Ventures, I-X; fictitious entities,<br><br>Defendants. | **2:19-cv-03184-MTL**<br><br>**STIPULATION TO DISMISS *WITH PREJUDICE*** |

Plaintiff David Wilmes ("Plaintiff"), and Defendants Michael Binder and Heritage Management Group, Inc., and Indian River Transport Co. ("Defendants"), by and through counsel undersigned, do hereby stipulate to dismiss the above captioned action ***with prejudice***, each party to bear its own attorney's fees and all other costs.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 1, 2:19-cv-03184-SMB)    4031-0014    4110754_1.docx

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

RESPECTFULLY SUBMITTED this 14th day of August, 2020.

RENAUD COOK DRURY MESAROS, PA

By *s/ Karl J. Gruse, Esq.*
William W. Drury
John A. Klecan
Karl J. Gruse
One North Central, Suite 900
Phoenix, Arizona 85004-4417
*Attorneys for Defendant Indian River Transport Co. and Michael Binder*

GOLDBERG & OSBORNE LLP

By *s/ Ryan Lamb (with permission)*
Ryan Lamb
4105 N. 51st Avenue, Ste. 117
Phoenix, AZ 85031
rlamb@goldbergandosborne.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants:

Ryan Lamb
Goldberg & Osborne, LLP
4105 N. 51st Avenue, Ste. 117
Phoenix, AZ 85031
rlamb@goldbergandosborne.com
*Attorney for Plaintiff*

By *s/ C. Almaraz*