# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Wilmes, | No. CV-19-03184-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Binder, et al., | |
| Defendants. | |

Pursuant to the Stipulation to Dismiss With Prejudice (Doc. 42), and good cause appearing,

**IT IS ORDERED granting** the Stipulation to Dismiss With Prejudice (Doc. 42) and dismissing this case, with prejudice, each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to close this case.

Dated this 14th day of August, 2020.

Michael T. Liburdi
United States District Judge